IN CLERK'S OFFICE
U.S DISTRICT COURT E.D.N.Y.

★ JUN 29 2016 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

NAQUAN FEDD,

                                                  Plaintiff,

-against-

THE CITY OF NEW YORK; MICHAEL J. KOBUS,
WINSTON MCDONALD; and JOHN and JANE DOE 1
through 10, individually and in their official capacities (the
names John and Jane Doe being fictitious, as the true names
are presently unknown),

                                                Defendants.
-------------------------------------------------------------------- x

**STIPULATION AND ORDER OF SETTLEMENT OF ATTORNEY'S FEES, EXPENSES, AND COSTS**

15 CV 4015 (ARR) (MDG)

        **WHEREAS,** plaintiff Naquan Fedd commenced this action by filing a complaint on or about July 8, 2015, alleging that defendants City of New York, Detective Winston McDonald, and Officer Michael Kobus violated his federal civil and state common law rights; and

        **WHEREAS,** defendant City of New York served plaintiff Naquan Fedd with an Offer of Judgment pursuant to Fed. R. Civ. P. 68 on May 13, 2016; and

        **WHEREAS,** plaintiff Naquan Fedd accepted defendant's Rule 68 Offer of Judgment on May 23, 2016; and

        **WHEREAS,** all defendants deny any and all liability arising out of plaintiff's allegations; and

        **WHEREAS,** plaintiff's counsel, Joseph Indusi, Esq., represents that plaintiff has assigned all of his rights to attorneys' fees, expenses, and costs to his counsel, Joseph Indusi, Esq.; and

be admissible in, nor is it related to, any other litigation or settlement negotiations, except to enforce the terms of this agreement.

4. This Stipulation and Order contains all the terms and conditions agreed upon by counsel for defendants and counsels for plaintiff hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of attorneys' fees, expenses, or costs shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

LONDON INDUSI LLP
*Attorneys for Plaintiff*
186 Joralemon Street
Brooklyn, New York 11201
718-301-4593

By: _____
Joseph Indusi
*Attorney for Plaintiff*

Dated: New York, New York
         JUNE 16 , 2016

ZACHARY W. CARTER
Corporation Counsel of the
   City of New York
*Attorney for Defendants City of New York,*
   *McDonald, and Kobus*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____  6/24/16
Gary Moy
*Senior Counsel*

SO ORDERED:
                    /s/(ARR)
_____
HON. ALLYNE R. ROSS
UNITED STATES DISTRICT JUDGE

3